```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SONIA HERNANDEZ,                :    CIVIL ACTION
                                :
        Plaintiff               :
                                :
    v.                          :
                                :
JO ANNE BARNHART,               :
Commissioner of                 :
Social Security,                :
                                :
        Defendant               :    NO. 04-5458
```

**JUDGMENT**

**AND NOW**, this 10th day of August, 2005, in accordance with the Court's separate Order dated this same date, granting Defendant's Motion for Summary Judgment, pursuant to <u>Kadelski v. Sullivan</u>, 30 F.3d 399 (3d Cir. 1994) and Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** that **JUDGMENT IS ENTERED** in favor of Defendant, Jo Anne Barnhart, Commissioner of the Social Security Administration, and against Plaintiff, Sonia Hernandez.

```
                                    BY THE COURT:


                                    s/ John R. Padova
                                    John R. Padova, J.
```